**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| **AMIN LAKHANI** | CASE NO. 22-cv-23185-DPG |
| Plaintiff, | |
| vs. | |
| **TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI LLC** | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendants, TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this matter.

Respectfully submitted this November 22, 2022.

| | |
|---|---|
| **s/ Glenn R. Goldstein** | s/**Alexander Pastukh** |
| Glenn R. Goldstein (Fla. Bar. No. 55873) | Alexander Pastukh (Fla. Bar No. 809551) |
| Glenn R. Goldstein & Associates | Alexander Pastukh, P.A. |
| E-mail: ggoldstein@g2legal.net | E-mail: apastukh@appalaw.com |
| 8101 Biscayne Blvd., Ste. 504 | 1395 Brickell Avenue, Ste. 800 |
| Miami, FL 33138 | Miami, FL 33131 |
| Tel: (305) 900-2373 | Tel: (305) 502-5715 |

**s/Alex Tirado-Luciano**
Alex Tirado-Luciano (Fla. Bar No. 070894)
Tirado-Luciano & Tirado
E-mail:  atl@tltirado.com
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel:  (305) 390-2320

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of November 2022 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Glenn R. Goldstein, Esq.**
**Glenn R. Goldstein & Associates**
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Telephone:  (305) 900-2373
ggoldstein@g2legal.net
*Counsel for Plaintiff*

**Lauren N. Wassenberg, Esq.**
**Lauren N. Wassenberg & Assoc., P.A.**
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
Telephone:  (561) 571-0646
wassenbergl@gmail.com
*Counsel for Plaintiff*

**Alex Tirado-Luciano**
**Tirado-Luciano & Tirado**
E-mail:  atl@tltirado.com
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel:  (305) 390-2320
*Counsel for Defendant TBS Miami, LLC*