UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,

vs.

TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI, LLC
    Defendants.

Case No.: 22-cv-23185-DPG

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI, LLC

Plaintiff, AMIN LAKHANI, and Defendants, TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, TOBACCO ROAD PROPERTY HOLDINGS, LLC and TBS MIAMI, LLC with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

**s/ Glenn R. Goldstein**
Glenn R. Goldstein (Fla. Bar. No. 55873)
Glenn R. Goldstein & Associates
E-mail: ggoldstein@g2legal.net
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Tel: (305) 900-2373

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail: apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715

**s/Alex Tirado-Luciano**
Alex Tirado-Luciano (Fla. Bar No. 070894)
Tirado-Luciano & Tirado
E-mail: atl@tltirado.com
2655 Le Jeune Rd., Suite 1109
Coral Gables, FL 33134
Tel: (305) 390-2320